UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:23cr17-1 |
| | ) | |
| JAVONTE DESHAWN WASHINGTON, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Counsel in the above-captioned case has advised the Court that all pretrial motions filed in this case have been complied with and/or resolved by agreement. Therefore, a hearing in this case is deemed unnecessary.

IT IS ORDERED that the pretrial motions (docs. 46-51) filed on behalf of the defendant, Javonte Deshawn Washington, are DISMISSED.

SO ORDERED, this 6th day of June, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA