Case 4:23-cr-00017-RSB-CLR   Document 84   Filed 03/28/25   Page 1 of 1

AO 247 (Rev. 11/23) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

United States of America
v.
Javonte Deshawn Washington

Case No: 4:23CR00017-1
USM No: 43811-510

Date of Original Judgment: August 10, 2023
Date of Previous Amended Judgment: N/A
*(Use Date of Last Amended Judgment if Any)*

Marvin Paul Hicks, III
*Defendant's Former Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   August 10, 2023   shall remain in effect.
**IT IS SO ORDERED.**

Order Date: March 28, 2025

Effective Date: _____
*(if different from order date)*

R. Stan Baker, Chief Judge
United States District Court
Southern District of Georgia